UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

| | |
|---|---|
| IN RE:<br><br>CHARLENE C. LEBLANC,<br><br>Debtor | CHAPTER 13<br>CASE NO. 20-11792-CJP |

**NOTICE OF INTENDED SALE OF ESTATE PROPERTY LOCATED 31 LOCKWOOD ROAD, LYNN, MASSACHUSETTS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE**

    November 20, 2022        **IS THE DATE OF THE PROPOSED SALE**

November 16, 2022 at 11:59 p.m.    **IS THE DATE BY WHICH OBJECTIONS OR COUNTEROFFERS MUST BE MADE**

To Creditors and Parties in Interest:

1. Notice is hereby given, pursuant to 11 U.S.C. §§ 105(a), 1303, and 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Debtor, Charlene C. LeBlanc, (hereinafter "the Debtor"), intends to sell at private sale the Debtor's right, title, and interest in certain property of the estate consisting of 31 Lockwood Road, Lynn, Massachusetts as more particularly described in the deeds to the Debtor, recorded with the Southern Essex Registry District of the Land Court, recorded on February 29, 2008 at Document Numbers 486901 and 486904 (hereinafter "the Property").

2. Following negotiations between the parties, the Debtor and her non-Debtor spouse who is a co-owner of the Property have received and, subject to Court approval, accepted an offer from Thyda Chann of 14 North Federal Street, Lynn, Massachusetts (the "Buyer") to purchase the Property for a payment of $400,00.00 (the "Purchase Price"). The terms

of the sale are set forth in the Purchase and Sale Agreement, attached as Exhibit A. The Buyer has made a deposit payment of $20,000.00, currently being held in escrow.

3. The sale shall take place on or before November 20, 2022 at the office of Counsel for Buyer's Lender, unless otherwise agreed upon by the parties, following the entry of an Order approving the sale by the United States Bankruptcy Court. The terms of the proposed sale are more particularly described in the *Motion for Authority to Sell Estate Property Located at 31 Lockwood Road, Lynn, Massachusetts at Private Sale Pursuant to 11 U.S.C. § 363* (the "Motion to Approve Sale") filed with the Court herewith.

4. The Asset shall be sold free and clear of all liens, claims, encumbrances and interest. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to the priorities established under applicable law. The property is subject to:

    a. A mortgage held by Webster First Federal Credit Union, which will receive a payment of approximately $323,838.58 in full satisfaction of its Claim.

    b. Judicial Lien in the amount of $3,027.15 held by Capital One Bank (USA), N.A.

    c. Judicial Lien in the amount of $4,510.39 held by Equable Ascent Financial, LLC.

    d. Judicial Lien in the amount of $3,670.07 held by Equable Ascent Financial, LLC.

    e. The Debtor has no knowledge of other holders of liens or interests in the Asset.

5. Any objections to the sale and/or higher offers shall be filed in writing with the Clerk, United States Bankruptcy Court at 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109-3945 on or before **11/16/2022 at 11:59 p.m.** (the "Objection Deadline"). A copy of any objection or higher offer shall also be served upon the undersigned. Any objection to the sale must state the particularity of the grounds for the

objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

6. A TELEPHONIC hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **November 17, 2022 at 2:30 p.m.** before the Honorable Christopher J. Panos. **TO PARTICIPATE AT THE HEARING THE PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.** Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection will be overruled or the higher offer stricken. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

7. At the hearing on the sale the Court may (i) consider any requests to strike a higher offer; (ii) determine further terms and conditions of the sale; (iii) determine the requirements for further competitive bidding; and (iv) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

8. The Court may modify the method of sale set forth in this Notice at or prior to the hearing on the proposed sale.

9. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact.

10. Any deposits will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court without further hearing may approve the sale of the Property to the next highest bidder.

11. A copy of the Motion to Sell and the Purchase and Sale Agreement will be provided to any interested party upon request and at no cost.

12. Any questions concerning the intended sale shall be addressed to the undersigned.

Dated: November 1, 2022

Respectfully submitted,

The Debtor,
Charlene C. LeBlanc

By her Attorney,

/s/ Cynthia R. Ravosa
Cynthia R. Ravosa, Esquire
Ravosa Law Offices, PC
One South Avenue
Natick, MA 01760
(508) 655-3013 (tel)
(617) 720-1104 (fax)
BBO No.696996